IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-3027-AP

GILBERT W. MARTINEZ,
        Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    KENNETH J. SHAKESHAFT
    Shakeshaft Law Firm
    1530 S. Tejon St.
    Colorado Springs, CO 80905
    Telephone: 719-635-5886
    office@shakeshaftlawfirm.com

    For Defendant:

    JOHN F. WALSH
    United States Attorney
    KEVIN TRASKOS
    Assistant United States Attorney
    Chief, Civil Division
    United States Attorney's Office
    District of Colorado

                                        ROBERT L. VAN SAGHI
                                        Special Assistant United States Attorney
                                        Assistant Regional Counsel
                                        Office of the General Counsel
                                        Social Security Administration
                                        1001 Seventeenth Street
                                        Denver, CO 80202
                                        Telephone: 303-844-1948

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.**     **DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**     **Date Complaint Was Filed:** 11/21/11

      **B.**     **Date Complaint Was Served on U.S. Attorney's Office:**   12/07/11

      **C.**     **Date Answer and Administrative Record Were Filed:**     02/06/12

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.**     **STATEMENT REGARDING WHETHER THIS CASE RAISES**
        **UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**6.**     **OTHER MATTERS**

    The parties have no other matters to bring to the attention of the court.

7. **BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    04/04/12

    B.    **Defendant's Response Brief Due:**  05/04/12

    C.    **Plaintiff's Reply Brief (If Any) Due:**    05/18/12

8. **STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:**    Plaintiff does not request oral argument.

    **B. Defendant's Statement:**    Defendant does not request oral argument.

9. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

10. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 21st day of February, 2012.

                                      BY THE COURT:

                                      *s/John L. Kane*

                                      U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| *s/ Kenneth J. Shakeshaft* | *s/ Robert L. Van Saghi* |
| KENNETH J. SHAKESHAFT | BY: ROBERT L. VAN SAGHI |
| Shakeshaft Law Firm | Special Assistant United States Attorney |
| 1530 S. Tejon St. | 1001 17th Street, Sixth Floor |
| Colorado Springs, CO 80905 | Denver, Colorado 80202 |
| Telephone: 719-635-5886 | Telephone: (303) 844-1948 |
| office@shakeshaftlawfirm.com | robert.vansaghi@ssa.gov |
| *Attorney for Plaintiff* | *Attorney for Defendant* |