IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-3027-AP**

**GILBERT W. MARTINEZ,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Plaintiff's Motion to Amend Briefing Schedule (doc. #8), filed April 3, 2012, is GRANTED.  Opening brief is due May 4, 2012; response brief is due June 4, 2012; reply brief is due June 19, 2012.

Dated:  April 4, 2012