IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-3027-AP**

**GILBERT W. MARTINEZ,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER OF DISMISSAL

Kane, J.

This matter is before the Court on the Unopposed Plaintiff's Motion to Dismiss (doc. #11), filed May 1, 2012, it is

**ORDERED** that the Motion is **GRANTED**.   This case is **DISMISSED WITH PREJUDICE**.

Dated:  May 1, 2012

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT